1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DANIEL S. SIMON, ESQ.**
Nevada Bar No. 4750
**BENJAMIN J. MILLER, ESQ.**
Nevada Bar No. 10406
**SIMON LAW**
810 S. Casino Center Blvd.
Las Vegas, NV 89101
Phone: (702) 364-1650
Facsimile: (702) 364-1655
Email: lawyers@simonlawlv.com
*Attorneys for Plaintiffs*

## DISTRICT COURT

## CLARK COUNTY, NEVADA

DELILAH COLEMAN, individually, and A.C., a minor by and through her guardian ad litem, DELILAH COLEMAN

Plaintiffs,

vs.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT; OFFICER AMMON PEACOCK, ID #14309; DOES I through X and ROE CORPORATIONS XI through XX, inclusive,

Defendants.

CASE NO.: 2:20-cv-01511-JCM-EJY

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR PARTIAL DISMISSAL OF PLAINTIFFS' COMPLAINT**

IT IS HEREBY STIPULATED between Plaintiffs DELILAH COLEMAN and A.C., a minor by and through her guardian ad litem, DELILAH COLEMAN, and Defendants OFFICER AMMON PEACOCK and LAS VEGAS METROPOLITAN POLICE DEPARTMENT to the above-entitled action, through their undersigned respective counsel of record,

/ / /

Page 1

1   that Plaintiffs may have an extension of one week from September 28, 2020 to October 5, 2020 in

2   order to file their Response to Defendants' Motion for Partial Dismissal of Plaintiffs' Complaint

3   (Doc. 15).

4

5   DATED this 25th day of September, 2020.          DATED this 25th day of September, 2020.

6

7   /s/ Benjamin J. Miller                           /s/ Jennifer L . Michelli
    DANIEL S. SIMON, ESQ.                            CRAIG R. ANDERSON, ESQ.
8   Nevada Bar No. 4750                              Nevada Bar No. 6882
    BENJAMIN J. MILLER, ESQ.                         JENNIFER L. MICHELI, ESQ.
9   Nevada Bar No. 10406                             Nevada Bar No. 11210
    SIMON LAW                                        MARQUIS AURBACH COFFING
10  810 S. Casino Center Blvd.                       10001 Park Run Drive
    Las Vegas, Nevada 89101                          Las Vegas, Nevada 89145
11  Attorneys for Plaintiffs                         Attorneys for Defendants

12
                            **ORDER GRANTING EXTENSION**
13

14          Pursuant to the foregoing stipulation, and good cause appearing therefore,

15          IT IS HEREBY ORDERED that Plaintiffs' Response to Defendants' Motion for Partial

16  Dismissal of Plaintiffs' Complaint is due October 5, 2020.

17

18          DATED: _____September 25, 2020._____

19

20          _____
            UNITED STATES DISTRICT COURT JUDGE
21

22  Submitted by:

23  By:__ /s/ Benjamin J. Miller_____
    DANIEL S. SIMON, ESQ.
24  Nevada Bar No. 4750
    BENJAMIN J. MILLER, ESQ.
25  Nevada Bar No. 10406
    810 South Casino Center Blvd.
26  Las Vegas, Nevada 89101
    Attorneys for Plaintiffs
27

28