UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DELILAH COLEMAN, individually, and A.C., a minor by and through her guardian ad litem, DELILAH COLEMAN,<br><br>Plaintiffs,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; OFFICER AMMON PEACOCK, ID #14309; DOES I through V and ROE CORPORATIONS VI through X, inclusive,<br><br>Defendants. | Case No. 2:20-cv-01511-JCM-EJY<br><br>**ORDER** |

Before the Court is Plaintiff's Petition for Appointment of Guardian Ad Litem of an Infant Under the Age of 18. ECF No. 14. No response to this Petition was filed.

Good cause appearing and in accordance with Federal Rule of Civil Procedure 17 and NRS 12.080,

IT IS HEREBY ORDERED that the Petition for Appointment of Guardian Ad Litem of an Infant Under the Age of 18 (ECF NO. 14) is GRANTED.

IT IS FURTHER ORDERED that Petitioner is appointed Guardian Ad Litem for A.C.

Dated this 29th day of September, 2020

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE